UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC MCWILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>GOODWILL INDUSTRIES,<br>　　　　Defendant. | Case No. 25-cv-02407-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

*Pro se* Plaintiff Cedric McWilliams commenced this action on March 10, 2025, filing a complaint against Defendant Goodwill Industries, as well as an application to proceed *in forma pauperis*. *See* Dkts. 1-2. Earlier that same day, Plaintiff filed a separate, nearly identical action (with a lower terminal digit case number) against the same defendant, styled as *McWilliams v. Goodwill Industries*, Case No. 3:25-cv-02402-SK. Accordingly, under Civil Local Rule 3-12(c), the undersigned issues this referral to the Judge presiding over the earlier filed, nearly identical case with the lower assigned case number.

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Sallie Kim to determine whether this case is related to *McWilliams v. Goodwill Industries*, Case No. 3:25-cv-02402-SK.

**IT IS SO ORDERED.**

Dated: March 13, 2025

_____
PETER H. KANG
United States Magistrate Judge